PATRICK GRACE and Others, Intervening, etc., as Taxpayers of the City of New Rochelle, Appellants, v. HARRY SCOTT, Individually and as Mayor of the City of New Rochelle, and Others, Respondents.— Judgment unanimously affirmed, with . costs.   We concur with the views entertained by Mr. Justice Morschauser, who tried the case, as set forth in his opinion [125 Misc. 660], which discusses in detail the various charges made by the plaintiffs against the city officials, and with his conclusion that the charges are not supported by the evidence. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

GRANWOOD CONSTRUCTION COMPANY, INC., Respondent, v. ETHEL L. PIEHL and Another, Appellants.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Petition of GEORGE W. BAHRENBURG to Render and Settle His Final Account as Successor Trustee under the Last Will and Testament of JOHN BAHRENBURG, Deceased.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs to all parties appearing and filing briefs, payable out of the estate.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Petition of ELIZABETH M. BORGES and Another to Prove the Last Will and Testament of ADELHEID GAFFKEN, Late of the County of Kings, Deceased.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs to all parties appearing and filing briefs, payable out of the estate.   No opinion.   Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

In the Matter of the Petition of JOSEPH PARASCANDOLA, Respondent, to Compel KATHRINE MURPHY, Appellant, to Render and Settle Her Account as Administratrix, etc., of JOHN B. MURPHY, Deceased.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements.   No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

MARPRET CONSTRUCTION CORPORATION, Appellant, v. HARGUST LAND CORPORATION, Respondent.— Order of the County Court of Kings county reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.   We think the court had no power to cancel a *lis pendens* except as provided by section 123 of the Civil Practice Act, or where the complaint itself fails to state a cause of action affecting real property.   Where a complaint states such a cause of action the *lis pendens* cannot be canceled upon proof outside of the complaint that plaintiff has no such cause of action.   Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

MARY MURPHY, Respondent, v. PATRICK J. MURPHY, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.